COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    Joe Anthony Beames, Personal Representative of the Estate of
                        Deborah Kay Davis v. Edwin Howard Hooks, Jr.

Appellate case number:  01-14-00103-CV

Trial court case number: D-1-GN-07-003482

Trial court:            98th District Court of Travis County

      Generally, a notice of appeal is due within 30 days after the judgment is signed. *See* TEX. R. APP. P. 26.1. The deadline to file a notice of appeal is extended to 90 days after the date the judgment is signed if, within 30 days after the judgment is signed, any party files a motion for new trial, motion to modify the judgment, motion to reinstate, or, under certain circumstances, a request for findings of fact and conclusions of law. *Id.*; TEX. R. CIV. P. 329b(a), (g). The time to file a notice of appeal may also be extended if, within 15 days after the deadline to file the notice of appeal, a party properly files a motion for extension and the notice of appeal. *See* TEX. R. APP. P. 10.5(b), 26.3.

      Appellant appeals a judgment signed by the trial court on August 29, 2013. Appellant timely filed a motion for new trial on September 30, 2013. *See* TEX. R. CIV. P. 4, 329b. Therefore, appellant's notice of appeal was due November 27, 2013. *See* TEX. R. APP. P. 26.1. Appellant filed his notice of appeal on December 11, 2013. The Court will imply a motion for extension when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1, but within the 15-day grace period provided by Rule 26.3. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997). Because appellant filed his notice of appeal within the 15-day grace period provided by Rule 26.3 and provided a reasonable explanation for the late filing, we find that appellant's notice of appeal is timely. *Id.* We **DISMISS** appellant's motion for extension filed on December 16, 2013 as moot.

      It is so ORDERED.

Judge's signature: /s/ <u>Justice Evelyn V. Keyes</u>
                  ☒ Acting individually    ☐ Acting for the Court

Date: February 20, 2014